UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: HATTERSLEY, Linda

Case No.: 22-14888
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

United States Bankruptcy Court Clerk
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __September 27, 2022__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
7 Stonybrook Court
Manchester, New Jersey 08759

FMV=$130,000

Liens on property:

Lien=$84,000

Minus 10% Cost of Sale

Amount of equity claimed as exempt: $27,900

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee
Address: 115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732.383.7233

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Linda Hattersley  
Debtor

Case No. 22-14888-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 3  
Date Rcvd: Aug 25, 2022 Form ID: pdf905 Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Linda Hattersley, 7 Stonybrook Ct, Whiting, NJ 08759-2032 |
| 519639314 | | AM Ex Legal, PO Box 278, Ramsey, NJ 07446-0278 |
| 519639313 | + | Alexander Robert Fink, 500 N Franklin Tpke Box 278, Ramsey, NJ 07446-1160 |
| 519639322 | | Citibank, C/O Apothaker Scian, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519639323 | | Citibank N.A., Frontline Asset Strategies, 2700 Snelling Ave N Ste 250, Roseville, MN 55113-1783 |
| 519639332 | | Gem Recovery Systems, 1001 McBride Ave, Little Falls, NJ 07424-2534 |
| 519639333 | | Lvnv Funding LLC, Greenville, SC 29601 |
| 519639335 | | MONOC, GEM Recovery Sysytems, PO Box 85, Emerson, NJ 07630-0085 |
| 519639341 | | Synchrony Bank Amazon, PO Box 961103, Orlando, FL 32801-0013 |
| 519639343 | + | Synchrony BankGapVisa, Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 519639346 | | Wells Fargo Bank, NA, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 25 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 25 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519639316 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2022 20:44:31 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519639315 | | Email/PDF: bncnotices@becket-lee.com | Aug 25 2022 20:44:24 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519639318 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2022 20:37:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519639317 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 25 2022 20:37:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519639320 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 25 2022 20:38:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519639319 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 25 2022 20:38:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519639321 | | Email/Text: bankruptcy@cavps.com | Aug 25 2022 20:38:00 | Cavalry Portfolio Serv, 1 American Ln, Greenwich, CT 06831-2560 |
| 519639324 | | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 25 2022 20:39:00 | Credit Collections Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519639325 | ^ | MEBN | Aug 25 2022 20:35:55 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 519639326 | | Email/Text: clientservices@credit-control.com | Aug 25 2022 20:38:00 | Credit Control LLC, 5757 Phantom Dr Ste 330, |

Case 22-14888-KCF    Doc 12    Filed 08/27/22    Entered 08/28/22 00:24:25    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf905 | Total Noticed: 41 |

| | | | |
|---|---|---|---|
| | | | Hazelwood, MO 63042-2429 |
| 519639327 | Email/Text: bknotice@ercbpo.com | Aug 25 2022 20:38:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519639328 | Email/Text: data_processing@fin-rec.com | Aug 25 2022 20:38:00 | Financial Recoveries SErvices, PO Box 385908, Minneapolis, MN 55438-5908 |
| 519639329 | Email/Text: crdept@na.firstsource.com | Aug 25 2022 20:38:00 | First Source, PO Box 628, Buffalo, NY 14240-0628 |
| 519639331 | Email/Text: cashiering-administrationservices@flagstar.com | Aug 25 2022 20:39:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519639330 | Email/Text: cashiering-administrationservices@flagstar.com | Aug 25 2022 20:39:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519639334 + | Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2022 20:38:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 519639336 | Email/PDF: pa_dc_claims@navient.com | Aug 25 2022 20:44:23 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 519639337 | Email/PDF: pa_dc_claims@navient.com | Aug 25 2022 20:44:30 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 519639338 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 20:44:24 | Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 519639339 | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 25 2022 20:39:00 | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 519639340 | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 20:44:31 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519640416 + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 20:44:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519639342 | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 20:44:29 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519639344 | Email/Text: bncmail@w-legal.com | Aug 25 2022 20:38:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519639345 | Email/Text: bncmail@w-legal.com | Aug 25 2022 20:38:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519639347 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 25 2022 20:44:25 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 519639348 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 25 2022 20:44:40 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519639349 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 25 2022 20:44:41 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 25, 2022 | Form ID: pdf905 | Total Noticed: 41 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| MaryBeth Schroeder | on behalf of Debtor Linda Hattersley marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5