| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Linda Hattersley<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9074<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   22-14888-KCF | | |

# Order of Discharge                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Linda Hattersley

  9/16/22                                                              **By the court:**   Kathryn C. Ferguson
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Linda Hattersley  
    Debtor

Case No. 22-14888-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Sep 16, 2022      Form ID: 318      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Linda Hattersley, 7 Stonybrook Ct, Whiting, NJ 08759-2032 |
| 519639314 | | AM Ex Legal, PO Box 278, Ramsey, NJ 07446-0278 |
| 519639313 | + | Alexander Robert Fink, 500 N Franklin Tpke Box 278, Ramsey, NJ 07446-1160 |
| 519639322 | | Citibank, C/O Apothaker Scian, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519639323 | | Citibank N.A., Frontline Asset Strategies, 2700 Snelling Ave N Ste 250, Roseville, MN 55113-1783 |
| 519639332 | | Gem Recovery Systems, 1001 McBride Ave, Little Falls, NJ 07424-2534 |
| 519639333 | | Lvnv Funding LLC, Greenville, SC 29601 |
| 519639335 | | MONOC, GEM Recovery Sysytems, PO Box 85, Emerson, NJ 07630-0085 |
| 519639341 | | Synchrony Bank Amazon, PO Box 961103, Orlando, FL 32801-0013 |
| 519639343 | + | Synchrony BankGapVisa, Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519639316 | | Email/PDF: bncnotices@becket-lee.com | Sep 16 2022 20:36:03 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519639315 | | Email/PDF: bncnotices@becket-lee.com | Sep 16 2022 20:36:13 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 519639318 | | EDI: BANKAMER.COM | Sep 17 2022 00:28:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 519639317 | | EDI: BANKAMER.COM | Sep 17 2022 00:28:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 519639320 | | EDI: TSYS2 | Sep 17 2022 00:28:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 519639319 | | EDI: TSYS2 | Sep 17 2022 00:28:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519639321 | | Email/Text: bankruptcy@cavps.com | Sep 16 2022 20:34:00 | Cavalry Portfolio Serv, 1 American Ln, Greenwich, CT 06831-2560 |
| 519639324 | | EDI: CCS.COM | Sep 17 2022 00:28:00 | Credit Collections Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519639325 | ^ | MEBN | Sep 16 2022 20:30:11 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 519639326 | | Email/Text: clientservices@credit-control.com | Sep 16 2022 20:34:00 | Credit Control LLC, 5757 Phantom Dr Ste 330, Hazelwood, MO 63042-2429 |

Case 22-14888-KCF    Doc 14    Filed 09/18/22    Entered 09/19/22 00:17:18    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 16, 2022 | Form ID: 318 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 519639327 | | Email/Text: bknotice@ercbpo.com | Sep 16 2022 20:34:00 | ERC, PO Box 23870, Jacksonville, FL 32241-3870 |
| 519639328 | | Email/Text: data_processing@fin-rec.com | Sep 16 2022 20:34:00 | Financial Recoveries SErvices, PO Box 385908, Minneapolis, MN 55438-5908 |
| 519639329 | | Email/Text: crdept@na.firstsource.com | Sep 16 2022 20:34:00 | First Source, PO Box 628, Buffalo, NY 14240-0628 |
| 519639331 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 16 2022 20:34:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519639330 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 16 2022 20:34:00 | Flagstar Bank, 5151 Corporate Dr, Troy, MI 48098-2639 |
| 519639334 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 16 2022 20:34:00 | Midland Credit Managem, 320 E Big Beaver Rd, Troy, MI 48083-1271 |
| 519639336 | | EDI: NAVIENTFKASMSERV.COM | Sep 17 2022 00:28:00 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 519639337 | | EDI: NAVIENTFKASMSERV.COM | Sep 17 2022 00:28:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 519639338 | | EDI: PRA.COM | Sep 17 2022 00:28:00 | Portfolio Recovery, PO Box 12914, Norfolk, VA 23541-0914 |
| 519639339 | | Email/Text: BankruptcyMail@questdiagnostics.com | Sep 16 2022 20:34:00 | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 519639340 | | EDI: RMSC.COM | Sep 17 2022 00:28:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 519640416 | + | EDI: RMSC.COM | Sep 17 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519639342 | | EDI: RMSC.COM | Sep 17 2022 00:28:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519639344 | | EDI: WTRRNBANK.COM | Sep 17 2022 00:28:00 | Target Nb, C/O Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |
| 519639345 | | EDI: WTRRNBANK.COM | Sep 17 2022 00:28:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 519639346 | | EDI: WFFC.COM | Sep 17 2022 00:28:00 | Wells Fargo Bank, NA, PO Box 77053, Minneapolis, MN 55480-7753 |
| 519639347 | | EDI: WFHOME | Sep 17 2022 00:28:00 | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 519639348 | | EDI: WFHOME | Sep 17 2022 00:28:00 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A Fl 3, Des Moines, IA 50301 |
| 519639349 | | EDI: WFCCSBK | Sep 17 2022 00:28:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2022　　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| MaryBeth Schroeder | on behalf of Debtor Linda Hattersley marybeth@schroedermb-law.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5