Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  22−14888−KCF
                Chapter:  7
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Linda Hattersley
    7 Stonybrook Ct
    Whiting, NJ 08759−2032

Social Security No.:
    xxx−xx−9074

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Michelle M. Fogleman , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

7 Stonybrook Court, Manchester, New Jersey 08759


Dated: September 21, 2022
JAN: mmf

                              Jeanne Naughton
                              Clerk